RUDIKH & ASSOCIATES
14 Woodward Dr.
2nd Floor
Old Bridge, New Jersey 08857
(732) 659-6961
Attorney for Debtor (s)

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Fahad Mughal** | Case No.: **26-11690-MEH** |
| Debtor (s) | **CERTIFICATION** |

I, Fahad Mughal, of full age, hereby certify as follows:

1. I am the debtor and make this Certification in support of the within Motion.
2. I filed the within Petition on February 16, 2026. I also had a prior Chapter 13 filing bearing a case number 25-19530-MEH. Said case was dismissed on January 15, 2026. The reason for my prior Chapter 13 dismissal was that I was incarcerated for 10 days, which caused a temporary loss of income and made me unable to continue making my plan payments. As a result of that loss of income, I was unable to proceed with the required payments under my Chapter 13 plan. However, I have now been released, have returned to work, and have regained a steady source of income. I currently have the funds available to resume and maintain plan payments moving forward. Due to the prior filing, my attorney advises that the automatic stay in the within case would expire 30 days after this filing, which is March 18, 2026.
3. Accordingly, I respectfully request that the Court enter an Order extending the automatic stay as to all creditors.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 18, 2026

/s/ Fahad Mughal

Fahad Mughal